# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| REAL ESTATE EXCHANGE INC,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant,<br><br>and<br><br>ZILLOW GROUP, INC.,<br><br>Defendant-Appellant. | Case No. 24-1050<br><br>**STIPULATED MOTION TO VOLUNTARILY DISMISS ZILLOW GROUP, INC.'S CROSS-APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby stipulate to the voluntary dismissal of the above-captioned cross-appeal and move the Court for an order of dismissal. The parties have agreed that each side will bear its own costs and fees on appeal.

DATED: June 17, 2024                                        Respectfully Submitted,

*/s/ David Boies*                                                  */s/ John A. Jurata, Jr.*
DAVID BOIES                                                     JOHN A. JURATA, JR.
BOIES, SCHILLER & FLEXNER LLP            DECHERT LLP
333 Main Street                                                  1900 K Street, NW
Armonk, NY 10504                                             Washington, DC 20006
(914) 749-8200                                                   (202) 261-3440
dboies@bsfllp.com                                           jay.jurata@dechert.com

*Counsel for Plaintiff-Appellee*                      *Counsel for Defendant-Appellant*
*Real Estate Exchange Inc.*                           *Zillow Group, Inc.*

## RULE 25-5(e) ATTESTATION

In accordance with Ninth Circuit Rule 25-5(e), I hereby attest that all other parties on whose behalf this stipulated motion is submitted concur in its content.

Dated: June 17, 2024

*/s/ John A. Jurata, Jr.*
JOHN A. JURATA, JR.
DECHERT LLP
1900 K Street, NW
Washington, DC 20006
(202) 261-3440
jay.jurata@dechert.com

*Counsel for Defendant-Appellant Zillow Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2024, I caused the foregoing Motion to be filed using the Ninth Circuit ACMS system, which automatically served all parties registered with the electronic filing system.

| | |
|---|---|
| Dated: June 17, 2024 | <u>*/s/ John A. Jurata, Jr.*</u><br>JOHN A. JURATA, JR.<br>DECHERT LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>(202) 261-3440<br>jay.jurata@dechert.com<br><br>*Counsel for Defendant-Appellant Zillow Group, Inc.* |