**No. 24-685**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

REX REAL ESTATE EXCHANGE, INC.

*Plaintiff-Appellant*,

v.

ZILLOW GROUP, INC., ET AL.

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Western District of Washington
No. 2:21-cv-00312
Hon. Thomas S. Zilly

**PLAINTIFF-APPELLANT'S OPPOSITION TO ZILLOW GROUP INC.'S MOTION TO MAINTAIN PORTIONS OF REX'S OPPOSITION BRIEF TO ZILLOW'S SEALING MOTION UNDER SEAL**

STEPHEN N. ZACK
URSULA UNGARO
CARL GOLDFARB
JON L. MILLS
JAMES GRIPPANDO
JASON S. ZACK
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, Florida 33131

DAVID BOIES
DAVID A. BARRETT
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, New York 10504

SIMON P. LEEN
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, California 90067

*Counsel for Plaintiff-Appellant REX Real Estate Exchange, Inc.*

Appellant REX Real Estate Exchange, Inc. opposes Zillow's Motion to Maintain Portions of REX's Opposition Brief to Zillow's Sealing Motion Under Seal (Dkt. 69), and in support thereof states:

As REX demonstrated in its opposition brief, Dkt. 65, Zillow failed to provide an adequate basis in its brief, Dkt. 55, to maintain portions of Volume 5 of the Supplemental Excerpts of Record ("SER") under seal. For the same reasons as set forth in that opposition, there is no basis for keeping portions of REX's opposition, Dkt. 65, under seal.

## CONCLUSION

For the reasons stated above, Zillow's requests to maintain portions of REX's opposition brief, Dkt. 65, under seal should be denied.

September 23, 2024                                    Respectfully submitted,

    /s/ *David Boies*

| | |
|---|---|
| STEPHEN N. ZACK | DAVID BOIES |
| URSULA UNGARO | DAVID A. BARRETT |
| CARL GOLDFARB | BOIES SCHILLER FLEXNER LLP |
| JON L. MILLS | 333 Main Street |
| JAMES GRIPPANDO | Armonk, New York 10504 |
| JASON S. ZACK | (914) 749-8200 |
| BOIES SCHILLER FLEXNER LLP | |
| 100 SE 2nd Street, Suite 2800 | SIMON P. LEEN |
| Miami, Florida 33131 | BOIES SCHILLER FLEXNER LLP |
| (301) 359-8400 | 2029 Century Park East, Suite 1520 |
| | Los Angeles, California 90067 |
| | (213) 629-9040 |

*Counsel for Plaintiff-Appellant REX Real Estate Exchange, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 8. Certificate of Compliance for Briefs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s)** 24-685

I am the attorney or self-represented party.

**This brief contains** 111 **words,** including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this brief *(select only one)*:

- ⦿ complies with the word limit of Cir. R. 32-1.
- ○ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.
- ○ is an **amicus** brief and complies with the word limit of FRAP 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).
- ○ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.
- ○ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
  - ☐ it is a joint brief submitted by separately represented parties.
  - ☐ a party or parties are filing a single brief in response to multiple briefs.
  - ☐ a party or parties are filing a single brief in response to a longer joint brief.
- ○ complies with the length limit designated by court order dated _____.
- ○ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** /s/ Simon Leen  **Date** Sept 23, 2024
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 8** Rev. 12/01/22