# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 20. Notice of Intent to Unseal

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form20instructions.pdf

**9th Cir. Case Number(s)**: 24-685

**Case Name**: Real Estate Exchange Inc. v. Zillow Group, Inc., et al.

Pursuant to Circuit Rule 27-13(f), I intend to file the following document or set of documents publicly although the document or set of documents were filed under seal in the district court or agency. The document or set of documents filed herewith provisionally under seal are:

(1) Reply Brief of Appellant; and
(2) Further Excerpts of Record.

☒ I understand that unless any other party files a motion to maintain the seal **within 21 days**, these documents will be unsealed without further notice.

Position of the other party or parties, if known:

**Signature**: /s/ Carl Goldfarb      **Date**: September 25, 2024

(use "s/[typed name]" *to sign electronically-filed documents*)

---

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 20**                                                                 Rev. 07/01/2019

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 24-685

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[ ] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

(1) Reply Brief of Appellant;
(2) Further Excerpts of Record; and
(3) Notice of Intent to Unseal.

**Signature** | /s/ Carl Goldfarb     **Date** | September 25, 2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 15                                                                 Rev. 12/01/2018