FILED

JAN 31 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REAL ESTATE EXCHANGE INC, a Delaware corporation,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>ZILLOW GROUP, INC., a Washington corporation and NATIONAL ASSOCIATION OF REALTORS,<br><br>　　　　Defendants - Appellees. | No. 24-685<br><br>D.C. No. 2:21-cv-00312-TSZ Western District of Washington, Seattle<br><br>ORDER |

The Government's motion for leave to participate in oral argument as amicus curiae (Dkt. 98) is **GRANTED**. The Government is allotted five (5) minutes of time at oral argument on February 13, 2025 in addition to the time allotted to the parties.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　CLERK OF COURT