FILED

APR 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| REAL ESTATE EXCHANGE INC, a Delaware corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington corporation and NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendants - Appellees. | No. 24-685<br><br>D.C. No. 2:21-cv-00312-TSZ<br>Western District of Washington, Seattle<br><br>ORDER |

Before: S.R. THOMAS, BRESS, and DE ALBA, Circuit Judges.

Judge Bress and Judge de Alba have voted to deny Real Estate Exchange's petition for rehearing en banc and Judge S.R. Thomas has so recommended. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. Real Estate Exchange's petition for rehearing en banc, Dkt. No. 107, is **DENIED**.