# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 9, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 15 2025

FILED _____
DOCKETED _____
DATE          INITIAL

Re: Real Estate Exchange, Inc., a Delaware Corporation
v. Zillow Group, Inc., a Washington Corporation, et al.
Application No. 25A35
(Your No. 24-685)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on July 9, 2025, extended the time to and including August 15, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Charles Randall Flores
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, TX 77002


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526