# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

August 13, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 18 2025

FILED_____
DOCKETED_____
DATE        INITIAL

Re: Real Estate Exchange, Inc., a Delaware Corporation
v. Zillow Group, Inc., a Washington Corporation, et al.
Application No. 25A35
(Your No. 24-685)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on August 13, 2025, extended the time to and including September 13, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Charles Randall Flores
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, TX  77002


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526